UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| BENNIE LEE GAMBLE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:16-cv-099-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| JACK CONWAY, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Federal Rules of Civil Procedure 58 it is **ORDERED** and **ADJUDGED** that:

1.     The plaintiff's complaint [R. 1] is **DISMISSED WITH PREJUDICE** with respect to all issues raised in this proceeding; and

2.     Judgment is **ENTERED** in favor of the defendants; and

3.     This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 21st day of December, 2016.

Gregory F. Van Tatenhove
United States District Judge